AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| AHMET TERCUMAN, on behalf of himself, FLSA Collective Plaintiffs and the Class, <br><br> *Plaintiff(s)* <br><br> v. <br><br> GAMMA REALTY LLC, CASOL REALTY LLC,  NEW YORK HEIGHTS LLC, GAMMA BEDFORD LLC, URI POSNER, and DILEK ALBARDAK <br><br> *Defendant(s)* | Civil Action No.  24-3430 PKC-CLP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor,
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date: 05/09/2024



*Alisha Francis*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-3430 PKC-CLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

## CIVIL COVER SHEET RIDER

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

- **GAMMA REALTY LLC, CASOL REALTY LLC, and NEW YORK HEIGHTS LLC**
  100 HENRY STREET
  BROOKLYN, NY 11201
  KINGS COUNTY

- **GAMMA BEDFORD LLC**
  1776-1788 BEDFORD AVENUE
  BROOKLYN, NY 11225
  KINGS COUNTY

- **URI POSNER**
  1468 PRESIDENT STREET
  BROOKLYN, NY 11213
  KINGS COUNTY

- **DILEK ALBARDAK**
  56 WOODVIEW TERRACE
  LAKE ARIEL, PA 18436
  WAYNE COUNTY