**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AHMET TERCUMAN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

GAMMA REALTY LLC,
CASOL REALTY LLC
NEW YORK HEIGHTS LLC
URI POSNER, and
DILEK ALBARDAK,

                Defendants.

**Case No.**: 24-cv-03430

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Ahmet Tercuman (a/k/a Seref Kalayci) hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated October 4, 2024, and annexed hereto as **Exhibit A**.

Dated: October 4, 2024

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Valerie J. Bluth, Esq.
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of The Americas,
11th Floor
New York, NY 10105
212-370-1300
vbluth@egsllp.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.