UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHMET TERCUMAN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

  v.

GAMMA REALTY LLC,
CASOL REALTY LLC
NEW YORK HEIGHTS LLC,
URI POSNER, and
DILEK ALBARDAK,

    Defendants.

---

Case No.: 24-cv-03430

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GAMMA REALTY LLC, CASOL REALTY LLC, NEW YORK HEIGHTS LLC, GAMMA BEDFORD LLC, URI POSNER, and DILEK ALBARDAK (collectively, "Defendants") hereby offer to allow judgment to be taken against GAMMA REALTY LLC, on behalf of all Defendants, and in favor of AHMET TERCUMAN, a/k/a SEREF KALAYCI (collectively with all other known and unknown aliases, "Plaintiff"), in the sum of Fifty Thousand Dollars and No Cents ($50,000.00) ("Judgment Amount"), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 4, 2024 and filed as Exhibit A to Docket Number 16;

**WHEREAS**, on October 4, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

It is **ORDERED, and ADJUDGED,** that judgment is entered in favor of Plaintiff AHMET TERCUMAN, a/k/a SEREF KALAYCI, in the sum of $50,000.00, in

accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 4, 2024 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

Dated: October 7, 2024
       Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
    Deputy Clerk