UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMET TERCUMAN, *on behalf of himself, FLSA Collective Plaintiffs and Class,*<br><br>     Plaintiff,<br>v.<br><br>GAMMA REALTY LLC,<br>CASOL REALTY LLC,<br>NEW YORK HEIGHTS LLC,<br>URI POSNER, and<br>DILEK ALBARDAK,<br><br>     Defendants. | Case No.: 1:24-cv-03430<br><br>SATISFACTION OF JUDGMENT |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 7th day of October, 2024 in favor of AHMET TERCUMAN and against GAMMA REALTY LLC, CASOL REALTY LLC, NEW YORK HEIGHTS LLC, GAMMA BEDFORD LLC, URI POSNER, and DILEK ALBARDAK in the amount of $50,000.00, inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 25, 2024

Respectfully submitted,

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

On the 25Th day of October 2024, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ANNE SEELIG-SUHRCKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2028